IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-cr-00026-2 |
| : | |
| PHILLIP GILLARD : | |

**ORDER**

**AND NOW**, this 24th day of January, 2024, after considering the following Motions filed by Defendant Phillip Gillard: (1) A Motion to Suppress Physical Evidence (ECF No. 163); (2) A Motion to Dismiss (ECF No. 164); (3) A Motion for Speedy Trial (ECF No. 165); (4) A Motion for Severance Pursuant to Fed. R. Crim. P. 14(a) (ECF No. 166); (5) A Motion to Suppress Cell Phone Evidence (ECF No. 167); (6) A Motion to Suppress Photographs and Video Evidence from Pole Cameras with Memorandum of Law (ECF No. 168); (7) A Motion to Suppress Fruits of Search at 3006 Tulip Street and Memorandum of Law in Support (ECF No. 169); and (8) A Motion to Suppress Fruits of Search at 3006 Tulip Street and Memorandum of Law in Support (ECF No. 176); and after also considering: (1) the Government's Omnibus Response to Defendant's Pretrial Motions (ECF No. 184); (2) Defendant's Supplemental Memorandum of Law in Support of his Motion to Suppress Cellphone Evidence (ECF No. 219); (3) the Government's Supplemental Response to Defendant's Pretrial Motions (ECF No. 220); and (4) the evidence and argument presented during the evidentiary hearing on Defendant's pretrial motions held on December 12, 2023; and for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**

1. Defendant's Motion to Suppress Physical Evidence (ECF No. 163) is **DENIED**;

2. Defendant's Motion to Dismiss (ECF No. 164) is **DENIED**;

3. Defendant's Motion for Speedy Trial (ECF No. 165) is **DENIED**;

4. Defendant's Motion for Severance Pursuant to Fed. R. Crim. P. 14(a) (ECF No. 166) is **DENIED**;

5. Defendant's Motion to Suppress Cell Phone Evidence (ECF No. 167) is **DENIED**;

6. Defendant's Motion to Suppress Photographs and Video Evidence from Pole Cameras with Memorandum of Law (ECF No. 168) is **DENIED**;

7. Defendant's Motion to Suppress Fruits of Search at 3006 Tulip Street and Memorandum of Law in Support (ECF No. 169) is **DENIED AS MOOT**;

8. Defendant's Motion to Suppress Fruits of Search at 3006 Tulip Street and Memorandum of Law in Support (ECF No. 176) is **DENIED**; and

9. Defendant's Motion to Join in Co-Defendants' Pretrial Motions (ECF No. 176) is **DENIED**.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLGHER
United States District Court Judge