TRULINCS  41226510 - GILLARD, PHILLIP - Unit: PHL-D-N

---------------------------------------------------------------------------------------------------

FROM: 41226510
TO: Young, Jason
SUBJECT: psi update
DATE: 07/29/2025 12:06:17 PM

To whom it may concern my name is Philip Gillard (41226-510) and I received a PSI interview over a year and a half ago and reading over my PSI the courts stated there was no mental health evaluation in my PSI. Also I see no purity test on the drug table so I believe it was calculated wrong. Also I believe I've been incarcerated for 30 months now so I believe I'm due for a PSI update as soon as possible. I also have a new attorney, Mr. Jason Young, and there are things that I brought up to this PSI that aren't in here. I have 3 sons, a set of twins and one twin that was just diagnosed with autism and he had to be tested. So my recommendations would have to be not too far from home or a downwards departure because I will have to help their mother in some way. She works and if you need to contact her she is reachable here (Ms. Karinne Morris 267-582-9771). They really don't want to interact with people. I have to help her, I know I have to do a sentence I would just like to be not too far from home so she can make it once I'm sentenced. I really don't want them to see me here but being as though my six year old son King Gillard has been dealing with these health and mental issues I can't have their mother go through this alone and she needs my help. I guess the court can ask for a copy of the paperwork so I will need an update on my PSI. I just completed a drug program, took a couple tests, I'm working, and I'm enrolling in the GED exam next month if they have room. Also I have my certifcates in these classes. Also wherever I go I'm hoping I can take a college course to be a drug counselor or a counselor for the youth. But as of now I need my PSI to be updated and done over. Also to speak about the enhancements I object to them. The stash house first of all 3006 Tulip was my place of residence, every bill and everything was in my name under the Bailey fix. I would like to discuss these enhancements in this matter. 1) School Zone- I would like to object to it due to the facts that there's clear evidence that Ms. Gillard was serving and interacting with the informant, not Mr Gillard. There were no controlled buys because Ms. GIllard never gave Mr Gillard money for drugs, she always came and got the drugs first. That is not a controlled buy because she would have to bring the money to Mr Gillard first then give the drugs, she always did the opposite everytimg. It's not a conspiracy either because Mr Gillard was never with Ms Gillard when she did transactions on school property. Also, your honor, Agent Becker stated under oath that I never interacted with their informant. Also, your honor, the Government witness, the principal, also stated under oath that out of seven years of my living in that area he never saw me standing on any street corners selling drugs, and this is a Government witness stating this. Due to the fact that there is no evidence, I would like for the school zone enhancement to be dropped. You mean to tell me that if Ms Gillard kills someone and hides the evidence in my house without my knowledge buyt she gets caught later and informs the police that she hid it in my house, and they serve a warrant and find that evidence, that means I go to jail for it despite having no knowledge? It's all the same situation so I have to ask, your honor, that the school zone enhancement be dropped. Secondly, your honor, the 924(c) enhancement is along the lines of double jeopardy, because in the PSI it states it can't be done because they still put the 2 points for it already under 922(g). Also when the warrant was being served, these weapons were found in a locked cabinet in another room nowhere near me, and there was no crime taking place at the time. Which means, your honor, that this is not a crime of violence. Not only that, your honor, under the 2nd amendment, you have the right to bear firearms in your own home. I would also like to continue, people with non-violent felonies in their background cannot be held subject to the felon in possession statute pursuant to the 2nd amendment (US v Schnur Case# 23-6-621 2-25 USAPPI lexis7030 (5 cir March 2025). Also, your honor, Range v Att General (124 F 4th 218 3rs cir Dec 23 2024) sentencing law and policy en bance 3rd circuit again finds that the federal felon in possession ban is unconstitutional as applied to Bryon Range (Dec 23 2024) and I am a non-violent felon. To speak as for the stash house enhancement, the Government knows that was my place of residence and not a stash house. Every bill was in my name and my name was on the lease. The courts say in general a 924(c) should not be applied to 1) a gun found in a home or location that is primarily a residence, 2) a gun found in a car when the person was not on the way to a controlled buy, 3) a gun found on a person when they were not actively involved in a transaction or on the way to a controlled buy, under the Bailey Fixed. So, your honor, we are talking about a warrant that was served two weeks after an incident they had with Ms. Gillard, not me. I was just at home at the time they served the warrant. So I would have to ask that the stash house enhaceent be dropped due to the fact that the absence of a defendant's name on a lease or deed is insufficient to preclude the stash house enhancement under the US sentencing guidelines manual D1.1- application of the enhancement does not require either ownership or a lease. Because it would defy reason for a drug dealer to be able to evade application of the enhancement by the simple expediant of maintaining his stash house under someone else's name, ownership is not dispositive of whether one maintains a stash house. Same thing with leaseholder. Nowit could have been a stash house for Ms. Gillard, she was the one recorded going and leaving and her name is not on the lease. Let's not forget when she was going to 3006 she wasn't giving Mr. Gillard any money for the drugs. She was getting so it wasn't a controlled buy. She would go get the drugs first then go meet the informant, so that's not a controlled buy as no money was ever exchanged for PCP. Wow, the government had fun with Mr Gillard going pro se.



Phillip Gillard
41226-510
Federal Detention Center
P.o box 562
Phila PA 19105

PHILADELPHIA PA 190
1 AUG 2025 PM 6 L

United States District Court
Eastern District of Pennsylvania
Probation Office
504 W Hamilton Street 1 floor
Allentown PA 18101

REC'D AUG - 4 2025